UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT KELLEHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVO, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 3:06-cv-01422-AVC<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS, AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on March 3, 2010, at 2:00 p.m., upon the accompanying memoranda of law, the declarations in support thereof, the Stipulation of Settlement dated October 28, 2009 with exhibits, and all prior proceedings had herein, Lead Plaintiff, by and through his attorneys, hereby moves the Court, before the Honorable Alfred V. Covello, United States District Judge, District of Connecticut, at the Abraham Ribicoff Federal Building and United States Courthouse, 450 Main Street, Hartford, Connecticut, for a judgment and orders granting final approval of the proposed settlement of this securities class action, approving the Plan of Allocation of settlement proceeds, and awarding attorneys' fees and expenses, pursuant to Federal Rule of Civil Procedure 23(e).

DATED: February 10, 2010

Respectfully submitted,

IZARD NOBEL LLP
JEFFREY S. NOBEL (CT 04855)
NANCY A. KULESA (CT 25384)
29 South Main Street, Suite 215
West Hartford, CT 06107
Telephone: 860/493-6292
860/493-6290 (fax)

Liaison Counsel

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
JONAH H. GOLDSTEIN
ELLEN GUSIKOFF STEWART
ERIC I. NIEHAUS
JENNIFER L. GMITRO

*s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2010.

*s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:elleng@csgrr.com

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2010.

*s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:elleng@csgrr.com

# Mailing Information for a Case 3:06-cv-01422-AVC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Spencer A. Burkholz**
  SpenceB@csgrr.com,hectorm@csgrr.com,e_file_sd@csgrr.com
- **Courtland W. Creekmore**
  e_file_sd@csgrr.com
- **Sharleen Joy Davis**
  sharleen.davis@klgates.com
- **David J. Elliott**
  djelliott@daypitney.com,dcharles@daypitney.com
- **Rory FitzPatrick**
  rory.fitzpatrick@klgates.com,joanne.healy@klgates.com
- **Jennifer L. Gmitro**
  JGmitro@csgrr.com
- **Jonah H. Goldstein**
  jonahg@csgrr.com
- **Ellen Gusikoff**
  elleng@csgrr.com
- **Shawn M. Harpen**
  sharpen@mwe.com
- **Helen Harris**
  hharris@daypitney.com
- **Ari J. Hoffman**
  ahoffman@cohenandwolf.com
- **Stuart M. Katz**
  skatz@cohenandwolf.com
- **Nancy A. Kulesa**
  nkulesa@izardnobel.com
- **Eric Landau**
  elandau@mwe.com

- **Elizabeth Leise**
  Elizabeth_Leise@aporter.com
- **John C. Massaro**
  John_Massaro@aporter.com
- **William S. McDermott**
  smcdermott@klng.com
- **David S. Mendelson**
  dm@mendelsonlaw.net,tguellec@hymanlippitt.com
- **Eric I. Niehaus**
  ericn@csgrr.com
- **Kavita Kumar Puri**
  Kavita.Kumar.Puri@aporter.com
- **Scott B. Schreiber**
  Scott_Schreiber@aporter.com
- **Robert Schwartz**
  Robert.Schwartz@aporter.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)